# THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *In re:* | Case No. 17-33494 |
| Larry Song, | Hon. Timothy A. Barnes |
| *Debtor.* | Chapter 7 |

## NOTICE OF RULE 2004 EXAMINATION

**PLEASE TAKE NOTICE** that pursuant to the Court's order dated February 27, 2018 (Dkt. no. 30), the undersigned counsel has caused to be issued the subpoena attached hereto as Exhibit A, which subpoena will, following this notice, be served on Larry Song, for the production of documents (as requested on the rider attachment to such subpoena) and for oral testimony, on Tuesday, **April 10 at 10:00 a.m.** at the address indicated on such subpoena.

Respectfully submitted,

CIFCO Group Co., Ltd.

Dated: March 22, 2018                By:  */s/ Mark Senak*
                                              One of its attorneys

Mark Senak <msenak@skgsmlaw.com>
Senak Keegan Gleason Smith & Michaud, Ltd.
566 West Adams Street, Suite 750
Chicago, IL  60661
312-214-1400

## CERTIFICATE OF SERVICEFO

      Matthew J. Oberlin, an attorney, hereby certifies that he caused a true copy of the foregoing Notice of Rule 2004 Examination, to be served via the means listed below on this 22nd day of March, 2018.

                                                 /s/     Matthew J. Oberlin

# Mailing Information for Case 17-33494

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case, through the PACER system:

| | |
|---|---|
| **Kathryn A Klein** | iln@riezmanberger.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Mark N Senak** | msenak@skgsmlaw.com, sestelle@skgsmlaw.com; moberlin@skgsmlaw.com |
| **David M Siegel** | davidsiegelbk@gmail.com, davidmsiegel@hotmail.com; R41057@notify.bestcase.com; johnellmannlaw@gmail.com |
| **Catherine L. Steege, ESQ** | csteege@jenner.com, csteege@ecf.epiqsystems.com |

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

For the Northern _____ District of _____ Illinois Eastern Division

In re Larry Song
       Debtor

Case No. 17-33494

Chapter 7

## SUBPOENA FOR RULE 2004 EXAMINATION

To: Larry Song

*(Name of person to whom the subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
| Senak Keegan Gleason Smith & Michaud<br>566 W. Adams Street, Suite 750<br>Chicago, IL 60661 | 04/10/18     10:00 am |

The examination will be recorded by this method: **Stenographic Means**

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See Attached Rider

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3/22/18

CLERK OF COURT

_____     OR     _____
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* CIFCO _____, who issues or requests this subpoena, are:

Mark Senak, 566 W. Adams, Suite 750, Chicago, IL 60661; msenak@skgsmlaw.com; (312) 214-1400;

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

*In re Larry Song,* Case No. 17-33494

Rider for Subpoena Issues to Larry Song

March 22, 2018

Please Provide the following documents:

1. All income tax returns for Larry Song and MKS Capital and for any entity or company which Larry Song owned or controlled from 2012 to present.
2. All information related to bank, brokerage, or investment statements which reflect any accounts which were owned, in whole or in part, by Larry Song or any company or entity which he has owned or controlled from 2012 to present.
3. All loan agreements made between Larry Song and any other entity including, but not limited to, agreements and contracts with banks, family members, and friends.
4. All letters, correspondence, and emails between Larry Song and any other person from 2012 to present.
5. All documents that identify or relate to any property owned by Larry Song and any entity or company which he owns or controls.
6. All documents that identify or relate to any income, revenue, or payments received by or due to Larry Song or any entity or company which he owns or controls from 2012 to present.
7. All statements related to any credit arrangement or credit agreement involving Larry Song, his spouse, or any other family member including statements for any line of credit, credit account, or credit card.
8. Any documents which identify, reflect, or relate to any debt owed by Larry Song from 2012 to present date, including any debt instrument (promissory note, check, IOU, or draft, lien instrument, security interest statement, or demand correspondence.
9. Any document which reflects any debt owed by Larry Song or any entity or company which he owns or controls.

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: David M. Siegel + Associates c/o Larry Song, 790 Chaddick Drive, Wheeling, IL 60090
Via Certified mail # 9414 7118 9956 0922 5622 68
on *(date)* 3/22/18 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 3/22/18

_Matthew Oberlin_
Server's signature

Matthew Oberlin / Attorney
Printed name and title

566 W. Adams Street, Suite 750
Chicago, IL 60661
Server's address

Additional information concerning attempted service, etc.:

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

For the Northern _____ District of _____ Illinois Eastern Division

In re  Larry Song
            Debtor

Case No.  17-33494

Chapter  7

## SUBPOENA FOR RULE 2004 EXAMINATION

To:  Larry Song

*(Name of person to whom the subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
| Senak Keegan Gleason Smith & Michaud<br>566 W. Adams Street, Suite 750<br>Chicago, IL 60661 | 04/10/18        10:00 am |

The examination will be recorded by this method:  Stenographic Means

☑ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See Attached Rider

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  3/22/18

CLERK OF COURT

_____                OR        _____
*Signature of Clerk or Deputy Clerk*                                *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
CIFCO_____ , who issues or requests this subpoena, are:

Mark Senak, 566 W. Adams, Suite 750, Chicago, IL 60661; msenak@skgsmlaw.com; (312) 214-1400;

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

*In re Larry Song,* Case No. 17-33494

Rider for Subpoena Issues to Larry Song

March 22, 2018

Please Provide the following documents:

1. All income tax returns for Larry Song and MKS Capital and for any entity or company which Larry Song owned or controlled from 2012 to present.
2. All information related to bank, brokerage, or investment statements which reflect any accounts which were owned, in whole or in part, by Larry Song or any company or entity which he has owned or controlled from 2012 to present.
3. All loan agreements made between Larry Song and any other entity including, but not limited to, agreements and contracts with banks, family members, and friends.
4. All letters, correspondence, and emails between Larry Song and any other person from 2012 to present.
5. All documents that identify or relate to any property owned by Larry Song and any entity or company which he owns or controls.
6. All documents that identify or relate to any income, revenue, or payments received by or due to Larry Song or any entity or company which he owns or controls from 2012 to present.
7. All statements related to any credit arrangement or credit agreement involving Larry Song, his spouse, or any other family member including statements for any line of credit, credit account, or credit card.
8. Any documents which identify, reflect, or relate to any debt owed by Larry Song from 2012 to present date, including any debt instrument (promissory note, check, IOU, or draft, lien instrument, security interest statement, or demand correspondence.
9. Any document which reflects any debt owed by Larry Song or any entity or company which he owns or controls.

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: Larry Song 405 Beverly Dr. Wilmette, IL 60091
VIA Certified mail #9414 7118 9956 0922 5583 22
_____ on *(date)* 3/22/18 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 3/22/18

*Matthew Oberlin*
Server's signature

Matthew Oberlin / Attorney
Printed name and title

566 W. Adams Street, Suite 750
Chicago, IL 60661
Server's address

Additional information concerning attempted service, etc.: