UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-33494 |
| Larry Song | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE AND TO CHALLENGE DISCHARGEABILITY**

This matter coming to be heard, Pursuant to Fed. R. Bankr. P. 4004(b) and Fed. R. Bankr. P. 4007(c), on the routine motion of CIFCO Group Ltd. to extend the deadline to Object to discharge of the Debtor under 11 U.S.C. § 727 and extend the deadline to challenge the dischargeability of certain debts under 11 U.S.C. § 523 of the above-captioned debtor ("the Debtor") up to and including July 13, 2018; and due and proper notice of the Motion having been given; and the Court having considered the Motion and being otherwise fully informed in the premises;

IT IS HEREBY ORDERED:

1. The Motion is granted as provided herein.

2. Pursuant to Federal Rule of Bankruptcy Procedure 4004(b), CIFCO Group Ltd. is granted an extension of time in which to file a complaint objecting to the discharge of the Debtor under 11 U.S.C. § 727, up to and including July 13, 2018.

3. Pursuant to Federal Rule of Bankruptcy Procedure 4007(c), CIFCO Group Ltd. is granted an extension of time in which to file a complaint challenging the dischargeability of debts owed to CIFCO Group Ltd. under 11 U.S.C. § 523, up to and including July 13, 2018.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 23, 2018

**Prepared by:**