# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | July 18, 2018 |
| **Bankruptcy Case No.** | 17 B 33494 | **Adversary No.** | |
| **Title of Case** | Larry Song | | |

**Brief Statement of Motion:** CIFCO Group Ltd's Fourth Motion To Extend Deadlines To Object To Discharge And To Challenge Dischargeability Of Certain Debts

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

For the reasons stated in open court, motion is denied without prejudice.

/s/ [signature] AM